No. ——. HORELICK ET AL. *v.* NEW YORK. C. A. 2d Cir. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Eleanor Jackson Piel* for applicants.

No. ——. NOLAN *v.* UNITED STATES. D. C. Kan. Application for reduction in bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Solicitor General Griswold* in opposition.

No. 33, Orig. ARKANSAS *v.* TENNESSEE. Report of Special Master received and ordered filed. Exceptions, if any, with supporting briefs, to the Report of Special Master may be filed by the parties on or before December 4, 1969. Reply briefs, if any, to such exceptions may be filed on or before January 3, 1970. [For earlier orders herein, see, *e. g.,* 390 U. S. 985.]

No. 13. MAXWELL *v.* BISHOP, PENITENTIARY SUPER- INTENDENT. C. A. 8th Cir. Motion of petitioner to enlarge scope of review denied. *Jack Greenberg, James M. Nabrit III, Norman C. Amaker, Michael Meltsner, Elizabeth Dubois, George Howard, Jr.,* and *Anthony G. Amsterdam* on the motion. [For earlier orders herein, see, *e. g.,* 395 U. S. 918.]

No. 66. GOLDSTEIN, AKA PIETRARU, ET AL. *v.* COX ET AL. Appeal from D. C. S. D. N. Y. [Probable juris- diction noted, 394 U. S. 996.] Motion of Wolf Popper Ross Wolf & Jones for leave to file reply brief as *amicus curiae* granted. *Martin Popper* on the motion. *Louis J. Lefkowitz,* Attorney General of New York, and *Daniel M. Cohen,* Assistant Attorney General, in opposition.

No. 356, Misc. IN RE KAMSLER. Motion for leave to file petition for writ of mandamus denied.